# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>J. FREDERICK MOTZ<br>UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-0782<br>(410) 962-2698 FAX |

January 31, 2007

Memo To Counsel Re:  Winfield Willis v. HHNA Corporation
                    Civil No. JFM-07-99

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiff's motion to withdraw reference to bankruptcy court.

The motion is denied.  I am satisfied that under the circumstances of this case, it would be appropriate for all pretrial matters to be handled by the Bankruptcy Court.  In the event that ultimately it appears that the holding of a jury trial will be necessary and that all parties will not consent to the Bankruptcy Court presiding over a jury trial, a withdrawal of the reference can then be effected.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,


/s/


J. Frederick Motz
United States District Judge